1   DANIEL G. BOGDEN
    United States Attorney
2   District of Nevada

3   BLAINE T. WELSH
    Assistant United States Attorney
4   Nevada State Bar No. 4790
    333 Las Vegas Boulevard South, Suite 5000
5   Las Vegas, Nevada 89101
    Telephone: 702-388-6336
6   Facsimile: 702-388-6787
    Email: blaine.welsh@usdoj.gov
7
    *Attorneys for the United States.*
8

9                **UNITED STATES DISTRICT COURT**

10                 **DISTRICT OF NEVADA**

11   FEDERAL TRADE COMMISSION,      )
                                        )
12         Plaintiff,              )   Case No. 3:14-cv-00397
                                        )
13   v.                               )
                                        )
14   CARDFLEX, INC.,              )
    a California corporation; *et al.*,      )
15                                          )
           Defendants.         )
16

17   **MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT**
    **OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT**
18

19        Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable

20   Court admit Government attorneys Benjamin R. Davidson and Karen S. Hobbs to practice in the

21   District of Nevada for the above-captioned case and in all matters in this district during the period of

22   employment by the United States.  Rule IA 10-3 provides:

23         Unless otherwise ordered by the Court, any nonresident attorney who is a member in
         good standing of the highest court of any state, commonwealth, territory, or the District
24        of Columbia, who is employed by the United States as an attorney and, while being so
         employed, has occasion to appear in this Court on behalf of the United States, shall, upon
25        motion of the United States Attorney or the Federal Public Defender for this district or
         one of the assistants, be permitted to practice before this court during the period of such
26        employment.

1    Benjamin R. Davidson and Karen S. Hobbs are attorneys with the Federal Trade Commission,

2  an agency of the federal government.  Mr. Davidson and Ms. Hobbs are both active members in good

3  standing of the bar of the District of Columbia.

4    The following information is provided to the Court:

5  Federal Trade Commission
   600 Pennsylvania Avenue, NW, CC-8528
6  Washington, DC 20580
   202-326-3395 (Fax)
7
   Benjamin R. Davidson
8  District of Columbia Bar No. 975509
   bdavidson@ftc.gov
9  202-326-3055

10  Karen S. Hobbs
    District of Columbia Bar No. 469817
11  khobbs@ftc.gov
    202-326-3587
12
13    Accordingly, the United States respectfully requests that the Court admit Benjamin R.

14  Davidson and Karen S. Hobbs to practice in the District of Nevada for the duration of employment by

15  the United States.

16    Respectfully submitted this 8th day of May 2014.

17                                        DANIEL G. BOGDEN
                                          United States Attorney
18
19                                        _Blaine T. Welsh_____
                                          BLAINE T. WELSH
20                                        Assistant United States Attorney

21

22

23                                        IT IS SO ORDERED:

24                                        _____

25                                        UNITED STATES DISTRICT JUDGE
                                          ~~UNITED STATES MAGISTRATE JUDGE~~
26                                        DATED:  ___July 31, 2014_____

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I have on July 30, 2014 caused the foregoing document to be served on the following via the ECF system and electronic mail.

Steve Goon, Esq.
Rutan & Tucker
611 Anton Boulevard
Suite 1400
Costa Mesa, California  92626

*Attorney for defendants CardFlex Inc. Andrew Phillips and John Blaugrund*

Jonathan O. Hafen, Esq.
Parr Brown Gee & Loveless
101 South 200 East, Suite 700
Salt Lake City, Utah 84111

*Attorney for defendant Jeremy Livingston*

Jeremy Adamson, Esq.
Kunzler Law Group
8 East Broadway
Suite 600
Salt Lake City, UT 84111

*Attorney for defendants Blaze Processing, LLC; Mach 1 Merchanting, LLC; and Shane Fisher.*

/s/ Benjamin R. Davidson
Benjamin R. Davidson