DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada State Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) Case No. 3:14-cv-00397 |
| v. | ) |
| CARDFLEX, INC., a California corporation; *et al.*, | ) |
| Defendants. | ) |

**MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court admit Government attorneys Benjamin R. Davidson and Karen S. Hobbs to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States. Rule IA 10-3 provides:

> Unless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this district or one of the assistants, be permitted to practice before this court during the period of such employment.

1

Benjamin R. Davidson and Karen S. Hobbs are attorneys with the Federal Trade Commission, an agency of the federal government. Mr. Davidson and Ms. Hobbs are both active members in good standing of the bar of the District of Columbia.

The following information is provided to the Court:

Federal Trade Commission
600 Pennsylvania Avenue, NW, CC-8528
Washington, DC 20580
202-326-3395 (Fax)

Benjamin R. Davidson
District of Columbia Bar No. 975509
bdavidson@ftc.gov
202-326-3055

Karen S. Hobbs
District of Columbia Bar No. 469817
khobbs@ftc.gov
202-326-3587

Accordingly, the United States respectfully requests that the Court admit Benjamin R. Davidson and Karen S. Hobbs to practice in the District of Nevada for the duration of employment by the United States.

Respectfully submitted this 8th day of May 2014.

DANIEL G. BOGDEN
United States Attorney

/s/ Blaine T. Welsh
BLAINE T. WELSH
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
~~UNITED STATES MAGISTRATE JUDGE~~

DATED: _July 31, 2014_

**CERTIFICATE OF SERVICE**

I hereby certify that I have on July 30, 2014 caused the foregoing document to be served on the following via the ECF system and electronic mail.

>Steve Goon, Esq.
>Rutan & Tucker
>611 Anton Boulevard
>Suite 1400
>Costa Mesa, California  92626
>
>*Attorney for defendants CardFlex Inc. Andrew Phillips and John Blaugrund*
>
>Jonathan O. Hafen, Esq.
>Parr Brown Gee & Loveless
>101 South 200 East, Suite 700
>Salt Lake City, Utah 84111
>
>*Attorney for defendant Jeremy Livingston*
>
>Jeremy Adamson, Esq.
>Kunzler Law Group
>8 East Broadway
>Suite 600
>Salt Lake City, UT 84111
>
>*Attorney for defendants Blaze Processing, LLC; Mach 1 Merchanting, LLC; and Shane Fisher.*

/s/ Benjamin R. Davidson
Benjamin R. Davidson