Benjamin R. Davidson (DC Bar No. 975509)
Karen S. Hobbs (DC Bar No. 469817)
Federal Trade Commission
600 Pennsylvania Ave., NW, Mailstop CC-8528
Washington, DC 20580
(202) 326-3055 / bdavidson@ftc.gov
(202) 326-3587 / khobbs@ftc.gov
(202) 326-3395 (fax)

Attorneys for Plaintiff
Federal Trade Commission

Blaine T. Welsh (Nev. Bar No. 4790)
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, NV 89101
(702-388-6336) / blaine.welsh@usdoj.gov
702-388-6787 (fax)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| **Federal Trade Commission**, <br><br> Plaintiff, <br><br> vs. <br><br> **CardFlex, Inc., et al.**   Defendants. | No. 3:14-cv-397-MMD-GWF <br><br> ORDER GRANTING <br><br> JOINT STIPULATION FOR STAY OF PROCEEDINGS PENDING COMPLETION OF PROPOSED SETTLEMENTS |

Plaintiff Federal Trade Commission ("FTC") and defendant Jeremy Livingston ("Livingston") jointly stipulate and move for a stay of all deadlines with respect to the FTC's suit against Jeremy Livingston for a period of 60 days. The parties request this stay so that counsel for the FTC can seek the Commission's approval of a stipulated final order for permanent injunction to settle the FTC's claims against Livingston.

FTC and Livingston have engaged in lengthy settlement negotiations, and Livingston has signed a final order that includes provisions for permanent injunctive relief. The FTC is an independent federal agency. Therefore, the settlement negotiated by counsel and by Livingston must be approved by the director of the Bureau of Consumer Protection and then considered, voted on and approved the full Commission. The Commission's consideration of the proposed stipulated final order could take up to 60 days. Assuming the Commission approves the proposed settlement, the FTC will execute and submit the proposed final order to the Court for approval.

If the Commission approves the proposed stipulated final order, further litigation of this case against Livingston will be unnecessary. Accordingly, a stay of all litigation deadlines in the FTC's suit against Livingston would serve the interest of judicial economy and conserve the parties' resources.

Counsel for the FTC and Livingston hereby stipulate and agree to stay all deadlines in the FTC's suit against Jeremy Livingston for a period of 60 days.

Dated: October 22, 2014

By:   /s/ Benjamin R. Davidson               /s/ Matthew E. Jensen

Benjamin R. Davidson                          Matthew E. Jensen
Karen S. Hobbs                                Parr Brown Gee and Loveless
600 Pennsylvania Avenue NW                    101 South 200 East, Suite 700
Washington, DC 20580                          Salt Lake City, UT 84111

*Attorneys for Plaintiff*                     *Attorney for Defendant*
*Federal Trade Commission*                    *Jeremy Livingston*

**IT IS SO ORDERED**

By: _____
United States District Judge

Dated: October 23, 2014

2