# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>CARDFLEX, INC. a California corporation, *et. al.*,<br><br>Defendants. | Case No. 3:14-cv-0397-MMD-GWF<br><br>[~~PROPOSED~~] **ORDER RE: RELEASE OF SETTLEMENT FUNDS IN THE REGISTRY OF THE COURT** |

The Court previously ordered Settlement Funds in the amount of $150,000 be deposited into the registry of the Court. Doc. #48. The condition for release of the money to the Plaintiff, Federal Trade Commission ("FTC"), was satisfied when the Court entered the Stipulated Final Money Judgment and Final Order for Permanent Injunction and Other Equitable Relief as to Defendants CardFlex, Inc., Andrew Phillips, and John Blaugrund ("CF Defendants"). Doc. #54. The FTC has requested that the deposited funds be distributed payable to the Federal Trade Commission and mailed to the following address: Benjamin R. Davidson, Esq., Federal Trade Commission, 600 Pennsylvania Avenue, NW, Mail Stop CC-8528, Washington, DC 20580.

///

///

Therefore, it is hereby ordered that the funds be disbursed to the FTC as set forth above and that any fees associated with the closing of this Court registry account be paid separately by the CF Defendants and not be deducted from the funds on deposit.

DATED this 11th day of May, 2015.

_____
United States District Court Judge