UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

FEDERAL TRADE COMMISSION,

    Plaintiff,

vs.

CARDFLEX, INC., *et al.*

    Defendants.

No. 3:14-cv-397-MMD-CLB

ORDER GRANTING PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION TO WITHDRAW ATTORNEY

IT IS ORDERED that the Motion to Withdraw Attorney Philip Z. Brown as counsel for the Federal Trade Commission (ECF No. 61) is GRANTED.

SO ORDERED, this 31st day of July, 2025.

_____

**UNITED STATES MAGISTRATE JUDGE**

1