UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CARDFLEX, INC., *et al.*,<br><br>　　　　　　Defendants. | No. 3:14-cv-397-MMD-GWF<br><br>ORDER GRANTING PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION FOR ADMISSION TO PRACTICE |

Upon consideration of Plaintiff Federal Trade Commission's Motion for Admission to Practice, IT IS SO ORDERED that, pursuant to Local Rule IA 11-3, Iris Micklavzina, who is an active member in good standing of the District of Columbia Bar and the Maryland Bar, and an employee of the federal entity the Federal Trade Commission, is admitted to practice before this Court.

SO ORDERED, this 16th day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE

1