UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>CARDFLEX, INC., *et al.*<br><br>Defendants. | No. 3:14-cv-397-MMD-GWF<br><br>ORDER EXTENDING TEMPORARY SEAL AND REGARDING BRIEFING RELATED TO THE FEDERAL TRADE COMMISSION'S MOTION TO HOLD DEFENDANTS IN CONTEMPT AND MODIFY THE FINAL ORDER |

Whereas the Federal Trade Commission ("FTC") has moved to hold Cardflex, Inc. (n/k/a Cliq Inc.), Andrew Phillips, and John Blaugrund (the "Cliq Defendants"), in contempt of the Final Order (ECF No. 54) as well as to modify the Final Order (the "Combined Motion");

Whereas the FTC filed a motion to permit the Combined Motion to be 52 pages in length, exclusive of the tables of contents and authorities, ECF No. 75;

Whereas the FTC moved to temporarily seal the Combined Motion and its associated documents to give the Cliq Defendants and third parties an opportunity to seek related relief, ECF No. 77;

Whereas the Court granted the FTC's motion to temporarily seal the Combined Motion and its associated documents, ECF No. 79;

Whereas the FTC and the Cliq Defendants have stipulated to extend the temporary seal and otherwise stipulated to a briefing schedule and page limitations related to the Combined Motion, and the Court finding good cause shown to enter an order in accordance with that stipulation:

**IT IS THEREFORE ORDERED:**

1. The FTC's motion to exceed the page limit for its Combined Motion (ECF. No. 75) is **GRANTED** and the FTC's Combined Motion is accepted for filing and will be considered in its entirety by the Court.

2.      The Order placing under a temporary seal the documents related to the pending combined motion to hold the Cliq Defendants in contempt of the Final Order and to modify the Final Order ("Combined Motion"), ECF No. 79, is hereby extended until January 5, 2026. Absent a motion by the Cliq Defendants or other party, all such documents, ECF Nos. 64 through 73, will be made public as of January 6, 2026.

3.      The following schedule and page limitations shall apply to further filings relating to the Combined Motion:

    a. The Cliq Defendants must file any opposition to the Combined Motion by February 13, 2026. The opposition to the Combined Motion may be up to 52 pages long, not including the table of contents or table of authorities, both of which are required if the opposition exceeds 30 pages.

    b. The FTC must file any reply in support of the Combined Motion by March 16, 2026. The reply in support of the Combined Motion may be up to 35 pages long, not including the table of contents or table of authorities, both of which are required if the reply exceeds 30 pages.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: December 29, 2025