UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>   Plaintiff,<br><br>vs.<br><br>CARDFLEX, INC. a California corporation, *et. al.*,<br><br>   Defendants. | Case No.  3:14-cv-0397-MMD-GWF<br><br>**ORDER** |

Defendants CardFlex, Inc. (n/k/a "Cliq, Inc."), Andrew M. Phillips, and John S. Blaugrund (collectively, "Defendants"), have moved for an order for the documents in Exhibit 1 to their Motion to Seal Confidential Information, which were cited by Plaintiff in its Combined Motion to Hold Defendants in Contempt and Modify the Final Order, to remain under seal or be redacted to maintain the confidentiality of certain categories of protected and confidential information. Upon consideration of Defendants' motion, the attached declaration of Joanna Oliva, and accompanying exhibits Defendants move to maintain under seal or to be publicly filed with proposed redactions as necessary; this Court hereby **GRANTS** Defendants' motion (ECF No. 84).

**IT IS THEREFORE ORDERED** that Defendants' Motion for Leave to Seal Confidential Information Contained in Plaintiff's Combined Motion to Hold Defendants in Contempt and Modify the Final Order  (ECF No. 84) is hereby granted. To the extent Defendants have identified documents in Exhibit 1 that will not remain entirely under seal, and therefore require redaction, redacted copies of such documents will be filed within 14 days. The remaining documents attached to Plaintiff's Combined Motion to Hold Defendants in Contempt and Modify the Final Order (ECF No. 64 ("Motion").) will be unsealed.  Due to the way the sealed documents attached to Motion were collectively filed on December 15, 2025, Plaintiff is directed to file the "unsealed" documents.  The documents originally filed  with the Motion will remain "sealed".

SO ORDERED, this 9th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE