Ronald J. Thompson, Esq.
Nevada Bar No. 5524
E-mail: rthompson@nvlawfirm.com
KEARNEY PUZEY DAMONTE LTD.
300 South Fourth Street, Suite 805
Las Vegas, Nevada 89101
Telephone:     702/760-0177

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

CARDFLEX, INC., et al.

    Defendants.

NO.:   3:14-cv-397-MMD-GWF

**ORDER GRANTING REQUEST TO BE REMOVED FROM NOTICE OF ELECTRONIC FILING ("NEF")**

Please remove my name, firm and my email address from any and all notices of electronic filings ("NEF") in this matter.  This firm is not involved in this case.

Dated this 14th day of January, 2026.

**KEARNEY PUZEY DAMONTE LTD.**

*/s/ Ronald J. Thompson*
RONALD J. THOMPSON, ESQ.
Nevada Bar No. 5524
E-mail:     rthompson@nvlawfirm.com
KEARNEY PUZEY DAMONTE LTD.
300 South Fourth Street, Suite 805
Las Vegas, Nevada 89101
Telephone:702/760-0177

**IT IS SO ORDERED.**

**DATED:** __January 15, 2026__

_____
UNITED STATES MAGISTRATE JUDGE

- 1 -