UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

FEDERAL TRADE COMMISSION,

Plaintiff,

vs.

CARDFLEX, INC., *et al.*

Defendants.

No. 3:14-cv-397-MMD-CLB

ORDER EXTENDING BRIEFING
RELATED TO MOTION TO MODIFY,
ECF NO. 159

Whereas, the Federal Trade Commission ("FTC") and defendants Cardflex, Inc. (n/k/a Cliq, Inc.), Andrew Phillips, and John Blaugrund (the "Cliq Defendants"), have stipulated to a briefing schedule related to the Cliq Defendants' Motion to Modify Stipulated Order for Permanent Injunction and Final Order ECF No. 159, and the Court finding good cause shown to enter an order in accordance with that stipulation:

**IT IS THEREFORE ORDERED:**

1. The FTC's Opposition to the Cliq Defendants' Motion to Modify Stipulated Order for Permanent Injunction and Final Order ECF No. 159 will be due on or before March 27, 2026.

2. The Cliq Defendant's Reply in Support of their Motion to Modify Stipulated Order for Permanent Injunction and Final Order ECF No. 159, will be due on or before April 10, 2027.

_____
UNITED STATES DISTRICT JUDGE

DATED: February 27, 2026

1