UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

FEDERAL TRADE COMMISSION,

Plaintiff,

vs.

CARDFLEX, INC., *et al.*

Defendants.

No. 3:14-cv-397-MMD-CLB

ORDER EXTENDING BRIEFING
RELATED TO MOTION TO STRIKE,
ECF NO. 183

Whereas, the Federal Trade Commission ("FTC") and defendants Cardflex, Inc. (n/k/a Cliq, Inc.), Andrew Phillips, and John Blaugrund (the "Cliq Defendants"), have stipulated to a briefing schedule related to the Cliq Defendants' Motion to Strike Section III(A) of the Federal Trade Commission's Motion for Contempt (ECF 64) and Section VI of the Proposed Order (ECF 102-2), ECF No. 183 ("Motion to Strike"), and the Court finding good cause shown to enter an order in accordance with that stipulation:

**IT IS THEREFORE ORDERED:**

1. The FTC's Opposition to the Cliq Defendants' Motion to Strike will be due on or before March 31, 2026.

2. The Cliq Defendants' Reply in Support of their Motion to Strike will be due on or before April 10, 2026.

_____
UNITED STATES DISTRICT JUDGE

DATED:  March 5, 2026

1