UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

FEDERAL TRADE COMMISSION,

Plaintiff,

vs.

CARDFLEX, INC., *et al.*

Defendants.

No. 3:14-cv-397-MMD-CLB

ORDER REGARDING SEAL PROCEDURES AFFECTING THE FEDERAL TRADE COMMISSION'S REPLY IN SUPPORT OF ITS COMBINED MOTION

Whereas, the Federal Trade Commission ("FTC") and defendants Cardflex, Inc. (n/k/a Cliq, Inc.), Andrew Phillips, and John Blaugrund (the "Cliq Defendants"), have stipulated to certain procedures regarding filing documents under seal affecting the FTC's reply in support of its motion to hold the Cliq Defendants in contempt and modify the Final Order (ECF No. 64, "Combined Motion"), and the Court finding good cause shown to enter an order in accordance with that stipulation:

**IT IS THEREFORE ORDERED:**

1.      The FTC will file its reply in support of its Combined Motion to hold the Cliq Defendants in contempt and modify the Final Order (ECF No. 54), and related supporting documents, under temporary seal on March 16, 2026 ("temporarily sealed documents").

2.      The Cliq Defendants will, by March 26, 2026, publicly file versions of all the temporarily sealed documents which they do not seek to keep completely under seal with any redactions they believe are necessary.

3.      If the Cliq Defendants propose any redactions or otherwise seek to permanently seal any of the temporarily sealed documents, they will, by March 26, 2026, file a motion to seal that information and any documents ("seal motion").

1

4.      The FTC will respond to the seal motion by April 9, 2026, and the Cliq Defendants shall have until April 16, 2026, to submit a reply, if any, in support of the seal motion.

UNITED STATES DISTRICT JUDGE

DATED: March 17, 2026

2