UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

FEDERAL TRADE COMMISSION,

Plaintiff,

vs.

CARDFLEX, INC., *et al.*

Defendants.

No. 3:14-cv-397-MMD-CLB

ORDER GRANTING CLIQ'S MOTION TO SET EXPEDITED BRIEFING SCHEDULE ON MOTION TO STRIKE OR, IN THE ALTERNATIVE, MOTION FOR LEAVE TO FILE A SUR-REPLY

Whereas, Cardflex, Inc. (n/k/a Cliq, Inc.), Andrew Phillips, and John Blaugrund ("Cliq"), have proposed to set an Expedited Briefing Schedule on its Motion to Strike or, In the Alternative, Motion for Leave to File a Sur-Reply ("the Motion"), and the Court finding good cause shown:

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED**:

1.    The FTC's Opposition to the Motion will be due on Wednesday, April 8, 2026.

2.    Cliq will file its Reply on Friday, April 10.

_____

UNITED STATES DISTRICT JUDGE

DATED: ___April 6, 2026_____

- 1 -