**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FEDERAL TRADE COMMISSION,

Plaintiff,

vs.

CARDFLEX, INC. a California corporation, *et. al.*,

Defendants.

Case No.  3:14-cv-0397-MMD-CLB

**ORDER REGARDING REMOTE APPEARANCE BY VIDEOCONFERENCE**

Whereas the parties to this matter have stipulated that Leonard Gordon, co-counsel for Cliq, be permitted to appear remotely via Zoom at the hearing scheduled for Tuesday, April 21, 2026 at 11:00 A.M.;

Whereas Mr. Gordon serves as co-counsel for Cliq and will not present oral argument on behalf of Cliq at the hearing;

Whereas lead counsel for Cliq will appear in person and present all oral argument on behalf of Cliq at the hearing;

Whereas Mr. Gordon seeks only to observe the proceedings remotely;

Whereas, due to scheduling conflicts, travel for Leonard Gordon to Reno, Nevada on the hearing date would be difficult and costly, particularly given that multiple attorneys for lead counsel will already be traveling and appearing in person; and

Whereas good cause exists to permit Mr. Gordon's remote appearance at the hearing, which remote appearance will promote the "just, speedy, and inexpensive" determination of the action pursuant to Federal Rule of Civil Procedure 1, and no party will be prejudiced thereby,

**IT IS THEREFORE ORDERED:**

Leonard Gordon, co-counsel for Cliq, is permitted to appear remotely via Zoom at the

VENABLE LLP

hearing scheduled for Tuesday, April 21, 2026 at 11:00 A.M. Before the hearing, court staff shall email a link to him to appear remotely via Zoom at the hearing.

**IT IS SO ORDERED.**

DATED: <u>April 21, 2026.</u>

_____
Honorable Miranda M. Du
United States District Judge

VENABLE LLP

- 2 -