**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

FEDERAL TRADE COMMISSION,

      Plaintiff,

    v.

CARDFLEX, INC., *et al.*

      Defendants.

Case No. 3:14-cv-397-MMD-CLB

**ORDER ENTERING STIPULATION REGARDING EXECUTION AND PROCEEDINGS TO ENFORCE**

Upon review of the Federal Trade Commission ("FTC") and CardFlex, Inc. (n/k/a Cliq, Inc.), Andrew Phillips, and John Blaugrund's (collectively "Cliq") Stipulation Regarding Execution and Proceedings to Enforce,

**IT IS ORDERED** that execution on and proceedings to enforce the Court's May 13, 2026 Order, ECF 230, are stayed through July 13, 2026.

**SO ORDERED,** this 4th day of June, 2026.

HONORABLE MIRANDA M. DU
United States District Judge

- 1 -